


**1** Dirk O. Julander, Bar No. 132313
  *doj@jbblaw.com*
**2** Catherine A. Close, Bar No. 198549
  *cac@jbblaw.com*
**3** JULANDER, BROWN & BOLLARD
  9110 Irvine Center Drive
**4** Irvine, California 92618
  Telephone: (949) 477-2100
**5** Facsimile: (949) 477-6355

**6** Attorneys for Plaintiff AFFINITAS MEDIOS de PAGOS S.A.P.I. de C.V.



IT IS SO ORDERED
Judge Yvonne Gonzalez Rogers
10/4/2019

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| AFFINITAS MEDIOS de PAGOS S.A.P.I. de C.V., a Mexican corporation,<br><br>Plaintiff,<br><br>vs.<br><br>DOUG E. MERRYMAN, an individual; OPMNY, LLC, a Nevada limited liability company,<br><br>Defendants. | Case No. 3:18-cv-05628-YGR<br><br>ASSIGNED FOR ALL PURPOSES TO: HON. YVONNE GONZALEZ ROGERS<br><br>**STIPULATION OF DISMISSAL**<br><br>Action Filed: September 13, 2018<br>Trial Date: None Set |

1
STIPULATION OF DISMISSAL AND ~~PROPOSED~~ ORDER

**WHEREAS,** on September 13, 2018, Plaintiff AFFINITAS MEDIOS de PAGOS S.A.P.I. de C.V. (hereinafter "Plaintiff") filed its Complaint for Breach of Contract, Fraud and Deceit, Conversion, Accounting, Contractual Indemnity and Equitable Indemnity against Defendants DOUG E. MERRYMAN and OPMNY, LLC (collectively "Defendants") (all parties hereinafter the "Parties").

**WHEREAS,** on October 9, 2018, Defendants filed a Motion to Compel Arbitration based on Paragraphs 6.10 and 6.11 of the Independent Contractor Agreement between the Parties.

**WHEREAS,** in resolution of the Motion to Compel Arbitration, on November 13, 2018, the Parties agreed to submit the dispute to binding arbitration.

**WHEREAS,** the Arbitration commenced with JAMS on January 17, 2019 with the Plaintiff's filing of a Demand for Arbitration. On February 14, 2019, Defendants filed an Answer and Counterclaims in the Arbitration. On February 28, 2019, Plaintiff filed an Answer to Counterclaims.

**WHEREAS,** the Parties participated in a mediation on June 20 and 21, 2019 at the JAMS office in Las Vegas, Nevada.

**WHEREAS**, the Parties, by and through their undersigned counsel, having amicably settled their dispute, hereby stipulate and agree to dismiss this action in its entirety, with prejudice, with each party to bear its own attorneys' fees and costs.

**THEREFORE, IT IS HEREBY STIPULATED** by and between Plaintiffs and Defendants through their designated counsel that the above-captioned action should be dismissed with prejudice pursuant to FRCP 41(a)(1)(A)(ii). The parties further stipulate that the Parties shall bear their own attorney's fees, expenses and costs.

**IT IS SO STIPULATED.**

*///*

*///*

DATED: October 1, 2019	JULANDER, BROWN & BOLLARD

By: _(signature)_
Dirk O. Julander
9110 Irvine Center Drive
Irvine, California 92618
Tel. (949) 477-2100
*Attorneys for Plaintiff AFFINITAS MEDIOS de PAGOS S.A.P.I. de C.V.*

DATED: October 2, 2019	ORRICK, HERRINGTON & SUTCLIFFE LLP

By: _(signature)_
James N. Kramer
M. Todd Scott
Alexander M. Porcaro
405 Howard Street
San Francisco, CA 94105
*Attorneys for Defendants DOUG E. MERRYMAN and OPMNY, LLC*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 2nd day of October 2019, a true and correct copy of **STIPULATION OF DISMISSAL** was served via the United States District Court CM/ECF system on all parties or persons requiring notice.

By *Rachelle Arellano*
Rachelle Arellano
an Employee of JULANDER, BROWN & BOLLARD